United States District Court for
the District of Maryland

| | |
|---|---|
| **United States** <br><br> v. <br><br> **Taffari Marique** | No. 8:21-po-2263-AAQ |

### Notice of Appeal

Notice is hereby given, pursuant to Local Rule 302(1) and Federal Rule of Criminal Procedure 58(g)(2), that Defendant Taffari Marique appeals to the United States District Court for the District of Maryland from the conviction, judgment, and sentence entered in this case, as well as all other adverse rulings and orders in this action.

Dated: December 30, 2022

        Respectfully submitted,

        James Wyda
        Federal Public Defender

        _____/s/_____
        Rosana Chavez, #808049
        Assistant Federal Public Defender
        6411 Ivy Lane, Suite 710
        Greenbelt, MD 20770
        (301) 344-0600
        rosana_chavez@fd.org